FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
5/27/2026
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02146-RTG

Milan Kotevski, Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
**___ Yes X No**

Judge Miranda DU, et al. ______________________,

See: Attached,

______________________________________________,

______________________________________________, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Milan Michael Kotevski & Kawaii Kotevski
Temporary Address: 3102 N. Maple Tree Ln. Wadsworth, IL. 60083.
847-380-0400
miki.kotevski@gmail.com

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

See: Attached List containing vast majority of DEFENDANTS information.

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

X Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States).

- 42 U.S.C. §1988;
- 18 U.S.C. §1961 et al.,
- 18 U.S.C. §2340;
- 18 U.S.C. §2441;
- 20 U.S.C. §701;
- 42 U.S.C. §2000aa;
- 42 U.S.C. § 2000a;
- 42 U.S.C. §2000dd;
- TERRORISM RISK INSURANCE ACT of 2002.
- FSIA 28 U.S.C. §1605B
- 28 U.S.C. §1330
- 18 U.S.C. § 2520(a)
- 50 U.S.C. 1810
- 28 U.S.C. §1343;
- 28 U.S.C. §1367 (and Louisiana Revised Statutes)
- 42 U.S.C. §2000a-6;
- 18 U.S.C. §1964;
- RFRA/42 U.S.C. §2000bb
- 18 U.S.C §2333
- 28 U.S.C. §1605(a)(7)
- 28 U.S.C. §1330

- 50 U.S.C. §1810
- 29 U.S.C. §790 (Section 504)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

See: Below.

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

## CLAIM 1:

CONCEIVABLE RICO ENTERPRISE STARTS IN AUGUST 2007 in SEWANEE, TN. For full explanation, *See*: *Chicago Cases Complaint. Attachment A and Original Complaint.*

## CLAIM 2:

JAPLAN

Spring 2015—JOHN ROBERTS and the CHIEF JUSTICE OF JAPANESE SUPREME COURT email and conspire in violation of 18 USC 1962D.

Spring 2015--PLAINTIFF discusses with WARWICK ALLEN selling soul for the price of $7 Billion based on illegal satanic gambling purposes. PLAINTIFF doesn't want $7 Billion--ANY OTHER AMOUNT THAN $7 Billion. Japlan leaked to Hillary Clinton, Chinese Intel, Russian Intel, CIA, FBI, via illegal electronic tampering and illegal warrants.

April/May 2015—Japanese Conspiracy Dinner and the Most Dangerous Game agreed upon

May/June/July 2015—DOJ gives the ROTHSCHILDS full immunity to commit Japlan against PLAINTIFF. EMAILS. Communications between ROTHSCHILDS and JEFFREY EPSTEIN.

June 26, 2015—HILLARY CLINTON orders the Hit/Japlan in Virginia and BILL CLINTON and LYNN FORESTER DE ROTHSCHILD conspire in London.

June/July 2015—Japlan implemented.

July 8th, 2015—JOHN ROBERTS treats PLAINTIFF worse than a cockroach.

ANGIE ORTIZ from June 2015 onwards is paid to implement Japlan against PLAINTIFF and enslave PLAINTIFF against his will. In the alternative, VERICA KOTEVSKI, CHRISTOPHER ALEXA, et al being a Russian spy, Chinese Spy, or Cartel member, committed Japlan against their own son.

**CLAIM 3:**

Prior to Corrupt Cases—DOJ, FBI, CIA, Dept of War, Russian Government, Chinese Government, Israeli Government, Indian Government, et al all have access to PLAINTIFF'S laptop in the Spring and Summer of 2023 and monitor the buildup of PLAINTIFF'S *Chicago Cases: Attachment A* and start to obstruct justice to prevent PLAINTIFF from having a fair and impartial hearing.

**CLAIM 4:**

During the course of the Corrupt Cases: 1)hit with an hypersonic weapon inside an orthodox church on Orthodox Christmas Eve; 2) Kidnapped 3 separate times (1:waukegan Illinois vista hospital visit, 2: Colorado incident, 3) iowa trooper domestic terrorism incident) 3) was unconstitutionally interned against my will; 4) victim of domestic terrorism by the Iowa State Troopers; 5) numerous 13th amendment violations; 6) obstruction of justice to falsely diagnose PLAINTIFF as psychotic to discredit PLAINTIFF; 7) Kawaii (Service/ESA Dog) intentionally poisoned); 8) Fraudulent legal guardian/fraudulent wife continues to enslave PLAINTIFF in which autistic PLAINTIFF warned more than 10 judges of fraud; 9) Russia, Israel, China, and/or India continues to hold PLAINTIFF in enslavement through illegal electronic tampering; 10) bribes are made by DEFENDANTS to employees in the Biden and Trump White House to obstruct justice and commit terrorism against PLAINTIFF; 11) judicial retaliation and loss of expected success in Court through undue taking, electronic tampering, torture, enslavement, free speech retaliation, and more; 12) more than 20 examples of PLAINTIFF being enslaved on the record and judicial willful ignorance of such; 13) in the alternative, Russia or China enslaving PLAINTIFF for years; 14) due to enslavement and intentional deprivation of necessary medicine PLAINTIFF needed, loss of ability to fully articulate and write all the valid legal claims that occurred during the Corrupt Cases;

**Claim 5:**

Violations of PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights. See: Original Complaint, *Attachment A: Scotus Petition*, *Attachment A: Chicago Cases*.

**Claim 6:**

Via the Original Complaint, *Attachment A: Scotus Petition*, *Attachment A: Chicago Cases*, DEFENDANTS under 18 USC 1962(d) gained material benefits under 18 USC 1962(a), 18 USC 1962(b), and/or 18 USC 1962(c) ensuring PLAINTIFF'S slavery and for having participated in the conspiracies against PLAINTIFF, DEFENDANTS for all intents and purposes are bound together (severally & jointly) by PINKERTON liability and/or previous case law from the Nuremberg trials finding REICHSBANK, WALTHER FUNK, and

HJALMAR SCHACHT, the case of: *United States vs. JOSEF ALTSTÖTTER, et al.*,[1] at a minimum, guilty as co-conspirators & having aided and abetted the Nazi's war crimes and/or as RICO co-conspirators & members of the Enterprise or association (primarily through the principles outlined in 18 U.S.C.§2) and/or are co-conspirators via 18 U.S.C. §241 and 42 U.S.C. §1985(3) and/or are vicariously liable for DEFENDANTS actions and/or are principals & accessories after the fact for any instance that took place when PLAINTIFF resided in Louisiana under Louisiana Revised Statutes RS 14 §24 & RS 14 §25 and in which those main principal actors committed the following unlawful acts:

a. they murdered (PLAINTIFF said it was worse to him than murdering PLAINTIFF),
b. § _bribed unknown JAPANESE, INDIAN, BRITISH officials to allow JAPLAN to happen,
c. § _extorted PLAINTIFF,
d. and the following 100+ violations of law and the PLAINTIFF'S Constitutional rights:
    i. 1st Amendment Right—violated PLAINTIFF'S Free Speech rights.
    ii. 1st Amendment Right—violated PLAINTIFF'S Religious Beliefs
    iii. 1st Amendment Right—Restricted PLAINTIFF'S Free Press rights
    iv. 1st Amendment Right—Deprived of Freedom to freely associate.
    v. 4th Amendment Right—Unconstitutional Seizures
    vi. 4th Amendment Right—Unconstitutional and Illegal Searches

[1] The Case standing for the proposition that DEFENDANTS can be held accountable for: 1. Participating in a common plan or conspiracy to commit war crimes and crimes against humanity; 2. **War crimes through the abuse of the judicial and penal process**, resulting in mass **murder, torture, plunder of private property**. **3. Crimes against humanity on the same grounds, including slave labor charges**.

vii. 4th Amendment Right—Warrants were issued without probable cause and/or procured with perjured testimony that was known about at the time.

viii. 5th Amendment Right—Unconstitutional Taking.

ix. 5th Amendment Right—Compulsion to testify.

x. 5th Amendment Right—Deprived of Life

xi. 5th Amendment Right—Deprived of Liberty

xii. 5th Amendment Right—Deprived of Property

xiii. 5th Amendment Right—Denied Access to Courts

xiv. 6th Amendment Right—Subject to FISA in which PLAINTIFF was not informed of the nature and cause of the accusation.

xv. 6th Amendment Right—Denied Access to Courts

xvi. 6th Amendment Right—witnesses tainted by Peter Strzok

xvii. 6th Amendment Right—no counsel during FISA rulings

xviii. 8th Amendment Right—Cruel Punishment

xix. 8th Amendment Right—Unusual Punishment

xx. 8th Amendment Right—Free From Torture.

xxi. 9th Amendment Right—Privacy violations

xxii. 9th & 10th Amendment Right—Right to be left alone.

xxiii. 13th Amendment Right—perpetuation of PLAINTIFF'S enslavement.

xxiv. 18 U.S.C. §2422

xxv. 18 U.S.C. § 2423

xxvi. 18 U.S.C §2331

xxvii. 18 U.S.C §2332b

xxviii. 18 USC §2331 1(B)(iii) and 5(B)(iii)

xxix. 18 U.S.C. §1956 (Financing Terrorism).

xxx. 18 U.S.C.§1961 sections 891–894 (relating to extortionate credit transactions) (as PLAINTIFF would never be able to get a job after this)

xxxi. 18 U.S.C.§1961 section 1029 (relating to fraud and related activity in connection with access devices)(after having hacked into PLAINTIFF'S laptop to ensure *JAPLAN* would happen and access subject at issue's tablet via Section 702

xxxii. 18 U.S.C.§1961 section 1343 (relating to wire fraud),

xxxiii. 18 U.S.C.§1961 section 1351 (relating to fraud in foreign labor contracting),

xxxiv. 18 U.S.C.§1961 section 1425 (relating to the procurement of citizenship or nationalization unlawfully),

xxxv. 18 U.S.C.§1961 section 1426 (relating to the reproduction of naturalization or citizenship papers)

xxxvi. 18 U.S.C.§1961 section 1427 (relating to the sale of naturalization or citizenship papers),

xxxvii. 18 U.S.C.§1961 section 1503 (relating to obstruction of justice)

xxxviii. 18 U.S.C.§1961 section 1510 (relating to obstruction of criminal investigations),

xxxix. 18 U.S.C.§1961 section 1511 (relating to the obstruction of State or local law enforcement),

xl. 18 U.S.C.§1961 section 1512 (relating to tampering with a witness, victim, or an informant),

xli. 18 U.S.C.§1961 section 1513 (relating to retaliating against a witness, victim, or an informant),

xlii. 18 U.S.C.§1961 section 1542 (relating to false statement in application and use of passport),

xliii. 18 U.S.C.§1961 section 1543 (relating to forgery or false use of passport)

xliv. 18 U.S.C.§1961 section 1544 (relating to misuse of passport)

xlv. 18 U.S.C.§1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents),

xlvi. 18 U.S.C.§1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).

xlvii. 118 U.S.C.§1961 section 1951 (relating to interference with commerce, robbery, or extortion).

xlviii. 18 U.S.C.§1961 section 1952 (relating to racketeering).

xlix. 18 U.S.C.§1961 section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity).

CIVIL ASSET FORFEITURE.

l. 18 U.S.C.§1961 section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire),

li. 18 U.S.C.§1961 section 1960 (relating to illegal money transmitters).

lii. 18 U.S.C.§1961 sections 2251, 2251A, 2252, and 2260

liii. 18 U.S.C.§1961(F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain (which CGI did gain financially as well as India, Britain, Japan, and/or Qatar and in which *Miki's Tea Party* is necessarily based upon).

liv. 18 U.S.C.§1961 (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B) (i.e. international and domestic terrorism like in *Miki's Tea Party*_;

lv. 18 U.S.C.§201 (Hillary Clinton, Bill Clinton, Terry McAuliffe, and Andrew McCabe in their bribery scheme relating to JAPLAN on June 26th, 2015).

lvi. 18 U.S. Code § 210/211—Andrew McCabe got promoted twice.

lvii. 18 U.S.C.§ 225

lviii. 18 U.S.C.§ 226—no way JAPLAN was implemented with that having occurred by unknown DEFENDANTS having bribed unknown Japanese officials and also *Miki's Tea Party.*

lix. 18 U.S.C.§241

lx. 18 U.S.C.§242

lxi. 18 U.S.C.§245

lxii. 18 U.S.C.§247

lxiii. 18 U.S.C.§249

lxiv. 18 U.S.C.§250

lxv. 18 U.S.C.§373

lxvi. 18 U.S.C.§594

lxvii. 18 U.S.C.§600—Hillary Clinton and Andrew McCabe.

lxviii. 18 U.S.C.§987—JAPLAN was terrorism. Therefore, British Government, Indian Government, Japanese Government, Qatar Government

lxix. 18 U.S.C.§872

lxx. 18 U.S.C.§873 PLAINTIFF was extorted by aforementioned DEFENDANTS.

lxxi. 18 U.S.C.§875 any communication by tech DEFENDANTS and DEFENDANTS about PLAINTIFF during PLAINTIFF'S time in Japan violated this section and was part of the wire fraud under 18 U.S.C. 1962(a), 18 U.S.C. 1962 (b), 18 U.S.C. 1962 (c), and 18 U.S.C. 1962 (d). _within the meaning of RICO where defendant provided information he

lxxii. Whenever any employee of APPLE, AT&T, VERIZON, XFINITY, etc. shared any information about PLAINTIFF when American INTEL DEFENDANTS requested it in furtherance of their Enterprise, Tech DEFENDANTS then became co-conspirators under 18 U.S.C. 1962(d), 18 U.S.C. 241, 42 U.S.C. 1985 (2), 42 U.S.C. 1985 (3) aided and abetted RICO Enterprise 1 and are therefore substantively liable for the co-conspirators actions under Pinkerton, etc.

lxxiii. 18 U.S.C.§880 as DEFENDANTS were still receiving profits from "trade is in the offing."

lxxiv. 18 U.S.C.§1954

lxxv. 18 U.S.C.§1956

lxxvi. 18 U.S.C.§1957 as some of the proceeds of "trade is in the offing" went into implementing *JAPLAN*.

lxxvii. 18 U.S.C.§1505

lxxviii. 18 U.S.C.§2335

lxxix. 18 U.S.C.§2336

lxxx. 18 U.S.C.§2441

lxxxi. 18 U.S.C.§2332(b)

lxxxii. 18 U.S.C.§2339

lxxxiii. 18 U.S.C.§2339(a)—tech DEFENDANTS, PETER STRZOK, ANDREW MCCABE, JOHN O. BRENNAN, aided and abetted and became accessories after the fact for having utilized JAPLAN by sending it across wires and was part of the wire fraud under 18 U.S.C.§1962(a), 18 U.S.C. §1962(b), 18 U.S.C. §1962 (c), and 18 U.S.C. §1962 (d).

lxxxiv. The Convention On the Rights of Persons With Disabilities Article 13

lxxxv. The Convention On the Rights of Persons With Disabilities Article 14

lxxxvi. The Convention On the Rights of Persons With Disabilities Article 15

lxxxvii. The Convention On the Rights of Persons With Disabilities Article 16

lxxxviii. The Convention On the Rights of Persons With Disabilities Article 17

lxxxix. The Convention On the Rights of Persons With Disabilities Article 18

xc. The Convention On the Rights of Persons With Disabilities Article 21

xci. The Convention On the Rights of Persons With Disabilities Article 22

xcii. The Convention On the Rights of Persons With Disabilities Article 24

xciii. The Convention On the Rights of Persons With Disabilities Article 25

xciv. Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 2

xcv. Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 3

xcvi. 29 U.S.C. §790 (Section 504 of the Rehabilitation Act of 1973).

xcvii. 42 U.S. Code §2000a

xcviii. 42 U.S. Code §2000a-1

xcix. 42 U.S. Code §2000a-2

c. 42 U.S. Code §2000d

ci. 42 U.S.C. §1981

cii. 42 U.S.C. §1982

ciii. 42 U.S.C. §1983

civ. 42 U.S.C. §1985(2)

cv. 42 U.S.C. §1985(3)

cvi. 42 U.S.C. §1986

cvii. 42 U.S.C. §2000a-1

cviii. 42 U.S.C §2000a-2

cix. 42 U.S.C §2000aa

cx. 42 U.S.C §2000bb

cxi. 42 U.S.C §2000dd

cxii. 42 U.S.C Chapter 144—developmental delays are not that far different from developmental disabilities and therefor this applies.

cxiii. Executive Order 11905 No employee of the United States Government shall engage in, or conspire to engage in, political assassination.";

cxiv. Executive Order 12036 expanded the U.S. ban on assassination by closing "loop-holes" and stating "No person employed by or acting on behalf of the United States Government shall engage in, or conspire to engage in, assassination."

cxv. Executive Order 12333

**E. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

$3.3333 Billion USD in Damages. Apply Treble Damages to Damages making it $9.9999 billion USD. Add Attorney Fees under 18 USC 1965 and 42 USC 1988. Add inflation.

PLAINTIFF includes all other requests for relief made in Original Complaint.

**F. PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, current ability based on deprivation of medicine, enslavement, electronic tampering, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, being vexatious, being frivolous, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Milan Michael Kotevski
05/27/2026