IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 26-cv-02146-RBJ

Milan Michael Kotevski,

Plaintiff,

v.

Miranda Du, et al.,

Defendant.

---

ORDER OF RECUSAL

---

I hereby recuse myself from further participation in this case and ask that it be reassigned to another judge.

DATED this 24th day of July, 2026.

BY THE COURT:

R. Brooke Jackson
United States District Judge